IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PROGRESSIVE EMPLOYER
MANAGEMENT COMPANY
and CORVEL/SUNZ
INSURANCE COMPANY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellants,

v.

CASE NO. 1D14-0094

RONALD DULAC,

     Appellee.

_____/

Opinion filed July 18, 2014.

An appeal from an order of the Judge of Compensation Claims.
Donna S. Remsnyder, Judge.

Date of Accident: November 30, 2012.

Kip O. Lassner, Scott A. Cole and Daniel M. Schwarz of Cole, Scott & Kissane, P.A., Miami, for Appellant.

Bill McCabe, Longwood, and Olivia Devonmille, Vero Beach, for Appellee.


PER CURIAM.

     AFFIRMED.

VAN NORTWICK, CLARK, and SWANSON, JJ., CONCUR.